Form a0nfincs
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re: Staci J. DeBoard

    Debtor(s)

SSN/TAX ID:
    xxx−xx−8952

Case No.: 2:17−bk−51615

Chapter: 7

Judge: John E. Hoffman Jr.

---

### NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT

In accordance with Rule 5009(b) of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 423) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed within 30 days from the date of this notice, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: July 12, 2017

                                    FOR THE COURT:
                                    Kenneth Jordan
                                    Clerk, U.S. Bankruptcy Court